UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

ROXANA SANCHEZ

    Debtor.
_____/

MARC P. BARMAT, as Trustee of the
Bankruptcy Estate of Roxana Sanchez,

  Plaintiff,

vs.

VIVIANA FARACH,

    Defendant.
_____/

Case No. 22-10560-SMG
Chapter 7

Adv. Pro. No. 22-01136-SMG

## **CERTIFICATE OF SERVICE**

     I certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons, the complaint, and the Order Setting Filing and Disclosure Requirements were made  April 5, 2022 and April 14, 2022  by:

☑    Mail service: US Mail on April 5, 2022 and Via FedEx mail on April 14, 2022, postage fully pre-paid, addressed to:

        Viviana Farach
        4716 NW 7th Street, Unit 107-1
        Miami, Florida 33126

☐    Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐    Residence Service: By leaving the process with the following adult at:

☐    Publication: The defendant was served as follows: [Describe briefly]

☐    State Law: The defendant was served pursuant to the laws of the State of _____ as follows: [Describe briefly]  (name of state)

     Under penalty of perjury, I declare the foregoing to be true and correct.

| April 14, 2022 | /s/ Marc P. Barmat |
|---|---|
| Date | Signature |

| |
|---|
| Print Name<br>Marc P. Barmat, Esq |
| Business Address<br>Furr Cohen<br>2255 Glades Road, Suite 419A<br>Boca Raton, FL  33431 |
| Florida Bar No. 22365 |